UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| BILLY G. ASEMANI, | |
| Petitioner, | |
| v. | CAUSE NO. 3:21-MC-7 DRL-MGG |
| THE ISLAMIC REPUBLIC OF IRAN INTERESTS SECTION OF IRAN, | |
| Respondent. | |

## ORDER

Billy G. Asemani filed a motion to reopen his case. The court referred his motion to Magistrate Judge Michael Gotsch to review and issue a report and recommendation that included proposed findings of fact and recommendation for the disposition of the motion. Magistrate Judge Gotsch issued his findings and recommendation on February 22, 2022. Mr. Asemani responded within 14 days but does not object to the recommendation that his motion to reopen be denied and his petition dismissed [ECF 13].

The court has reviewed the findings and recommendation of Magistrate Judge Gotsch and adopts them in their entirety [ECF 12]. Accordingly, the court DENIES Mr. Asemani's motion to reopen his case [ECF 8] and DISMISSES his action for lack of jurisdiction.

SO ORDERED.

March 17, 2022         *s/ Damon R. Leichty*
                                       Judge, United States District Court